**JAMES HAWKINS APLC**
James R. Hawkins (SBN 192925)
James@jameshawkinsaplc.com
Christina M. Lucio (SBN 253677)
Christina@jameshawkinsaplc.com
Mitchell J. Murray (SBN 285691)
mitchell@jameshawkinsaplc.com
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676

Attorneys for Plaintiff CARLOS GRANADOS,
on behalf of himself and all others similarly situated

*[Additional Counsel on the Following Page.]*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CALDERON GRANADOS, individually and on behalf of himself and all others similarly situated. <br><br> Plaintiff, <br><br> v. <br><br> HYATT CORPORATION, a Delaware Corporation, doing business as ALILA MAREA BEACH RESORT ENCINITAS, and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 23-cv-1001-H-VET <br><br> District Judge: Hon. Marilyn L. Huff <br> Magistrate Judge: Hon. Valerie E. Torres <br><br> **JOINT MOTION TO EXTEND TIME TO FILE PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL** <br><br> Complaint Filed: August 11, 2022 <br> Removal: May 31, 2023 <br> Trial: Not Set |

SEYFARTH SHAW LLP
Brian P. Long (SBN 232746)
bplong@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

SEYFARTH SHAW LLP
Michael Afar (SBN 298990)
mafar@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

SEYFARTH SHAW LLP
Phillip J. Ebsworth (SBN 311026)
pebsworth@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone: (916) 448-0159
Facsimile: (926) 558-4839

Attorneys for Defendant
HYATT CORPORATION dba ALILA MAREA
BEACH RESORT ENCINITAS

JOINT MOTION TO EXTEND TIME TO FILE MOTION FOR PRELIMINARY
APPROVAL

1
2
3
4
5
6

Plaintiff Carlos Calderon Granados ("Plaintiff") and Defendant Hyatt Corporation doing business as Alila Marea Beach Resort Encinitas ("Defendant") hereby jointly and respectively move this Court for and order continuing the deadline the deadline for Plaintiff to file a motion for preliminary approval thirty days from January 16, 2024 (current deadline) to February 15, 2024.  This joint motion is based upon the following facts:

7

    1.  On May 31, 2023, Defendant filed Notice of Removal on this matter.

8
9
10

    2.  An Early Neutral Evaluation Conference and Case Management Conference was held on July 19, 2023.  Pretrial scheduling orders were issued by the Court July 20, 2023.

11
12
13
14

    3.  November 17, 2023, the parties filed a Joint Notice of Settlement, having reached a proposed class and representative action settlement. All dates and deadlines set forth in the Scheduling Order dated July 20, 2023 (ECF No. 10) were vacated by the Court.

15
16

    4.  A motion for preliminary approval of the class and representative action settlement was ordered to be filed on or before January 16, 2024.

17
18
19

    5.  The parties have met and conferred and are in the process of finalizing and executing the long form settlement agreement and Plaintiff's Motion for Preliminary Approval of Settlement.

20
21

    6.  This is the first request for the extension of Plaintiff's Motion for Preliminary Approval of Settlement deadline.

22

    7.  The requested continuance is not opposed by either party.

23
24

    8.  Counsel does not believe that the requested continuance will affect any other dates, as trial has not been set.

25
26
27

Therefore, the parties respectfully request that the Court enter an Order continuing the deadline for Plaintiffs to file a motion for Preliminary Approval of Settlement for thirty (30) days until February 15, 2024.

28

JOINT MOTION TO EXTEND TIME TO FILE MOTION FOR PRELIMINARY APPROVAL

1    DATED:  January 16, 2024

2                                              **JAMES HAWKINS APLC**

3

4                                              By:  /s/Christina M. Lucio
                                                    James Hawkins, Esq.

5                                                    Christina M. Lucio, Esq.
                                                     Mitchell J. Murray, Esq.

6

7                                              *Attorneys for Plaintiff*

8                                              CARLOS CALDERON GRANADOS
                                               individually and on behalf of himself and

9                                              all others similarly situated

10

11   DATED:  January 16, 2024                  **SEYFARTH SHAW LLP**

12

13                                             By:  Michael Afar
                                                    Brian P. Long, Esq.

14                                                  Michael Afar, Esq.

15                                                  Phillip J. Ebsworth, Esq

16                                             *Attorneys for Defendant*

17                                             HYATT CORPORATION dba ALILA
                                               MAREA BEACH RESORT

18                                             ENCINITAS

19

20

21

22

23

24

25

26

27

28

1

<u>**Signature Attestation**</u>

2       I, Christina M. Lucio, hereby attest that all other signatories listed, and on

3 whose behalf the filing is submitted, concur in the filing's content and have

4 authorized the filing.

5

6   Dated: January 15, 2024              **JAMES HAWKINS APLC**

7

8                                     <u>/s/Christina Lucio</u>

9                                       Christina M. Lucio

10                                       *Attorneys for Plaintiff*

11                                       CARLOS CALDERON GRANADOS,

12                                       individually and on behalf of himself
and all others similarly situated

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT MOTION TO EXTEND TIME TO FILE MOTION FOR PRELIMINARY
APPROVAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2024I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Southern District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: January 16, 2024

*/s/ Christina M. Lucio*
Christina M. Lucio

JOINT MOTION TO EXTEND TIME TO FILE MOTION FOR PRELIMINARY APPROVAL