**JAMES HAWKINS APLC**
James R. Hawkins (SBN 192925)
James@jameshawkinsaplc.com
Christina M. Lucio (SBN 253677)
Christina@jameshawkinsaplc.com
Mitchell J. Murray (SBN 285691)
mitchell@jameshawkinsaplc.com
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676

Attorneys for Plaintiff CARLOS GRANADOS,
on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CALDERON GRANADOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HYATT CORPORATION, a Delaware corporation, doing business as ALILA MAREA BEACH RESORT ENCINITAS, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 23-cv-1001-H-JLB<br>Judge: Hon. Marilyn L. Huff<br><br>**PLAINTIFF CARLOS GRANADOS'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF JOINT STIPULATION OF CLASS ACTION SETTLEMENT AND RELEASE OF CLAIMS, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF PROPOSED NOTICE OF SETTLEMENT**<br><br>**Date: March 18, 2024**<br>**Time: 10:30a.m**<br>**Courtroom: 12A**<br><br>Action Filed:   August 11, 2022 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 18, 2024, at 10:30a.m, before the Honorable Marilyn L. Huff, in Courtroom 12A of the United States District Court, Southern District of California, James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, California, 92101, Plaintiff Carlos Granados ("Plaintiff") will seek an Order:

(1) Preliminarily approving the Joint Stipulation of Class Action Settlement and Release of Claims ("Settlement") in this matter;

(2) Conditionally certifying the following Class for settlement purposes only: "all current and former non-exempt, hourly employees working for Hyatt at the Alila Marea Beach Resort Encinitas at any time between of January 25, 2021, to January 5, 2024" (the "Class");

(3) Appointing Plaintiff Carlos Granados as Class Representative;

(4) Appointing James R. Hawkins and Christina M. Lucio of James Hawkins APLC as Class Counsel;

(5) Preliminarily approving the total Gross Settlement Amount in the amount of Three Hundred Twenty-five Thousand Dollars ($325,000);

(6) Finding on a preliminary basis that the Agreement appears to be within the range of reasonableness of a settlement, including the amount of the PAGA penalties, Class Representative Incentive Payment, Class Counsel fees and costs, Settlement Administration Costs, and the allocation of payments to Class Members, that could ultimately be given final approval by this Court;

(7) Approving the Notice of Class Action Settlement to be sent to Class Members and directing Notice to be sent out as set forth in the Settlement Agreement;

(8) Appointing CPT Group, Inc. as the Settlement Administrator; and

(9) Setting the matter for a Final Fairness and Final Approval hearing.

This Motion is made pursuant to Federal Rule of Civil Procedure, Rule 23(a), (b)(3), and (e), which provides for court approval of the settlement of a purported class action and allows the Court to preliminarily certify a class for settlement purposes.

The basis for this Motion is that the proposed settlement is fair, adequate, and reasonable and the procedures proposed by the Parties are adequate to ensure the opportunity of class members to participate in, opt-out of, or object to the settlement.

This Motion will be based on the attached Memorandum of Points and Authorities, the Settlement Agreement and the proposed Notice of Class Action Settlement, and the supporting Declarations of James R. Hawkins, Christina M. Lucio, and Plaintiff Carlos Granados, and upon the oral arguments of counsel (should there be any) and on the complete records and file herein.

DATED:  February 15, 2024			JAMES HAWKINS APLC


						By: /s/ Christina M. Lucio
						James R. Hawkins
						Christina M. Lucio
						Mitchell J. Murray
						*Attorneys for Plaintiff Carlos Granados, on behalf of himself and all others similarly situated*

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on February 15, 2024 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Southern District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: February 15, 2024           <u>*/s/ Christina M. Lucio*</u>
                                               Christina M. Lucio