1  **JAMES HAWKINS APLC**
2  James R. Hawkins (SBN 192925)
   James@jameshawkinsaplc.com
3  Christina M. Lucio (SBN 253677)
4  Christina@jameshawkinsaplc.com
   Mitchell J. Murray (SBN 285691)
5  mitchell@jameshawkinsaplc.com
6  9880 Research Drive, Suite 200
   Irvine, California 92618
7  Telephone: (949) 387-7200
   Facsimile: (949) 387-6676
8
9  Attorneys for Plaintiff CARLOS GRANADOS,
10 on behalf of himself and all others similarly situated

11              **UNITED STATES DISTRICT COURT**
12              **SOUTHERN DISTRICT OF CALIFORNIA**
13

14 | CARLOS CALDERON GRANADOS, | Case No. 3:23-cv-01001-H-VET |
15 | individually and on behalf of all others similarly situated, | Judge: Hon. Marilyn L. Huff |
16 | | |
17 | Plaintiff, | **PLAINTIFF CARLOS GRANADOS'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
18 | vs. | |
19 | | |
20 | HYATT CORPORATION, a Delaware corporation, doing business as ALILA MAREA BEACH RESORT ENCINITAS, and DOES 1-50, inclusive, | Date: August 26, 2024 |
21 | | Time: 11:00 a.m. |
22 | | Courtroom: 12A |
23 | Defendants. | Action Filed: August 11, 2022 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 26, 2024, at 11:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Marilyn L. Huff, in Courtroom 12C of the United States District Court, Southern District of California, at the James M. Carter and Judith N. Keep Courthouse at 333 West Broadway San Diego, CA 92101, Plaintiff Carlos Granados ("Plaintiff"), on behalf of himself and the Class, and all others similarly situated, move the Court for Final Approval of the Joint Stipulation of Class Action Settlement and Release of Claims ("Settlement"). Dkt. No. 17-2-1. Specifically, Plaintiff moves for an order:

(1) Appointing Plaintiff Carlos Granados as Class Representative for settlement purposes;

(2) Appointing James Hawkins, APLC as Class Counsel for settlement purposes;

(3) Appointing CPT Group, Inc. ("CPT") as Settlement Administrator;

(4) Granting Final Approval of the Settlement as fair and reasonable under Rule 23(e) of the Federal Rules of Civil Procedure, including the amount of the settlement; the amount of distributions to class members; the settlement administration costs; and the amounts allocated to the enhancement payments and attorney's fees and costs;

(5) Certifying the Class for settlement purposes

(6) Finding that Class Members were given adequate notice of the Settlement and, in a reasonable manner, advised of their right to participate in the Settlement, file a claim, object to the Settlement, or exclude themselves from the Settlement;

(7) Directing the clerk of the Court to enter the Order as a Final Judgment; and reserving continuing jurisdiction over the Parties, without affecting the finality of the Final Judgment, for purposes of implementing, enforcing,

and administering the Settlement or terms of the Final Judgment; and

(8) Reserving continuing jurisdiction over the Parties, without affecting the finality of the Final Judgment, for purposes of implementing, enforcing, and administering the Settlement or terms of the Final Judgment.

The basis for this Motion, filed without any opposition from Defendant Hyatt Corporation ("Hyatt" or "Defendant"), is that the proposed settlement is fair, adequate, and reasonable, and the procedures carried out by the Settlement Administrator and the Parties were adequate to ensure the opportunity of class members to participate in, opt-out of, or object to the settlement.

Plaintiff's motion is based on this Notice; the Memorandum of Points and Authorities; the Declaration of James R. Hawkins in support of Final Approval; the Joint Stipulation of Class Action Settlement and Release of Claims; the Court's Order Granting Preliminary Approval. Dkt. No. 22.; the Declaration of James R. Hawkins submitted in support of Preliminary Approval. Dkt. No. 17-2.; the Declaration of Plaintiff Carlos Granados submitted in support of Motion for Award of Attorneys' Fees and Costs and Class Representative Enhancement Payment; the Declaration of James R. Hawkins In Support of Motion for Award of Attorneys' Fees and Costs, and Class Representative Incentive Payment; and all other records, pleadings, and papers on file in this action and such other evidence or argument as may be presented to the Court at the hearing on this Motion. Plaintiff also submits a Proposed Order Granting Final Approval of Class Action Settlement with his moving papers.

Plaintiff has concurrently filed a Motion for Award of Attorneys' Fees and Costs, and Class Representative Incentive Payment under Rule 23(h), which is set to be heard with this Motion.

///
///
///

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **JAMES HAWKINS APLC** |
| DATED: July 29, 2024 | By: _____ |
|  | James R. Hawkins |
|  | Christina M. Lucio |
|  | Mitchell J. Murray |
|  | Attorneys for Plaintiff and the Settlement Class |

3
NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

## CERTIFICATE OF SERVICE

    I hereby certify that on July 29, 2024 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Southern District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: July 29, 2024            */s/ Christina M. Lucio*
                                           Christina M. Lucio